DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN BOSELLI

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0155

_____

July 31, 2026

**ORDER FOLLOWING SHOW-CAUSE PROCEEDING**

PER CURIAM.

Attorney Patrick Ford, Florida Bar Number 977934, appeared before this court on Wednesday, April 8, 2026, to show cause why sanctions should not be imposed for his failure to comply with this court's orders.

Attorney Ford filed the notice of appeal in the trial court on January 20, 2026, and the notice was transmitted to this court on January 21. No filing fee accompanied the notice, so this court issued its standard fee order on January 21. The order required the appellant to submit to this court the $300 filing fee or indigency documentation within twenty days, failing which the appeal would be subject to

dismissal and counsel subject to sanctions. Attorney Ford did not respond.

On February 26, 2026, this court issued an order directing Attorney Ford to respond to the January 21 order or risk the imposition of sanctions. Attorney Ford did not respond.

On March 24, 2026, this court issued an order requiring Attorney Ford to appear at the court's April 8 oral argument session to show cause why he should not be sanctioned for his failure to respond to the orders just described. The order provided that if Attorney Ford complied with the order by 1 p.m. on Thursday, April 2, 2026, he could seek to discharge the order to show cause. Attorney Ford did not take advantage of the purge provision.

On April 8, 2026, Attorney Ford paid the filing fee and then appeared before the court to explain his failure to respond to the court's orders. Attorney Ford stated that Appellant asked him to file a notice of appeal in this case and another case, but Appellant then expressed a desire to dismiss this appeal. Attorney Ford asked Appellant to send him a written request to dismiss this appeal, but Appellant did not do so. As a result, Attorney Ford paid the filing fee. Attorney Ford stated that he was negligent in not getting this matter sorted out. The court advised Attorney Ford that he would hear from the court.

On April 17, 2026, the court issued an order advising Attorney Ford that he remains counsel of record until he demonstrates full compliance with Florida Rules of Appellate Procedure 9.140(d) and 9.440(b). The order provided guidance and directed Attorney Ford to comply within thirty days, noting that the order to show cause remained pending. Attorney Ford did not respond.

Due to Attorney Ford's failure to comply with this court's directives and the attendant delays, we hereby refer this matter to The Florida Bar for investigation and initiation of such proceedings as may be appropriate.

NORTHCUTT, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.